UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-20649

KAREN BERTALOTTO,

*Plaintiff*,

v.

ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION,

*Defendant*.

_______________________________/

**JOINT STIPULATION OF DISMISSAL**

The parties, having amicably settled this matter, hereby stipulate that the same shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Respectfully Submitted,

Matthias M. Hayashi, Esq.
ARONFELD TRIAL LAWYERS
mhayashi@aronfeld.com
3132 Ponce de Leon Blvd.
Coral Gables, FL 33134
Tel: (305) 441-0440
Fax: (305) 441-0198
Attorneys for Plaintiff, Karen Bertalotto

By: */s/ Matthias M Hayashi, Esq.*
Matthias Hayahsi, Esq.

Bryan Probst, Esq.
ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION
bprobst@rccl.com
1050 Caribbean Way,
Miami, FL 33132
T: (305) 982-2956
Attorneys for Defendant

By: /s/ Bryan Probst, *Esq.*
Bryan Probst, Esq.