**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 16-20649-CIV-SEITZ

KAREN BERTALOTTO,

Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

Defendant.

_________________________________________/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the parties' joint stipulation of dismissal with prejudice [DE-18]. Having reviewed the Stipulation and the record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that:

(1) This case is DISMISSED with PREJUDICE.

(2) All parties shall bear their own attorney's fees and costs.

(3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 12th day of July 2016.

Patricia A. Seitz
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record